

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 13-MJ-139 |
| Phillip John Barron | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Jan. 28__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __1/23/13__

U.S. District Judge/Magistrate Judge